

**NUMBER 13-20-00057-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

RIKKI JO RAMOS, Appellant,

v.

ENRIQUE CISNEROS RAMOS JR., Appellee.

### On appeal from the 148th District Court
### of Nueces County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Hinojosa**
**Memorandum Opinion by Chief Justice Contreras**

Appellant, Rikki Jo Ramos, filed a notice of appeal regarding a modification of a decree of divorce entered by the 148th District Court of Nueces County, Texas. On February 27, 2020, the clerk notified appellant that the notice of appeal was defective, no filing fee had been received by the court. The clerk further notified appellant the appeal would be dismissed if the defect was not corrected and a filing fee was not paid. *See* TEX.

R. APP. P. 42.3(c). Appellant neither responded to the notice nor paid the filing fee. *See*
TEX. R. APP. P. 5, 12.1(b).

The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion the appeal should be dismissed. *See id.* 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution.

DORI CONTRERAS
Chief Justice

Delivered and filed the
23rd day of April, 2020.